RAY MASON AND DAVID E. TRAVER V. THE STATE.

No. 17909. Delivered March 4, 1936.

The opinion states the case.

*Art Schlofman,* of Dalhart, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is embezzlement; the punishment, confinement in the penitentiary for two years.

The trial was had before a special judge. The record is silent touching his election, appointment, and qualification. When the trial is had before a special judge it is imperative that the record show his election and qualification. Arts. 555 and 556, C. C. P.; Khan v. State, 30 S. W. (2d) 329; Petitte v. State, 21 S. W. (2d) 522.

28

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.